UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES A. LOCKETT,

    Plaintiff,

v.                                                                                          Case No. 2:05-cv-187
                                                              HON. R. ALLAN EDGAR

RUO JOE SUARDINI, RUO H. IRVINE,
RN (Unknown) BLACKFORD,
RN (Unknown) GALLOWAY,

    Defendants.
_____/

## ORDER APPROVING
## REPORT AND RECOMMENDATION

    The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

    THEREFORE, IT IS **ORDERED** that:

    1.    The Report and Recommendation of the Magistrate Judge (Docket No. 32) is **APPROVED and ADOPTED** as the opinion of the Court.

    2.    Plaintiff's motions for preliminary injunction (Docket Nos. 6 and 21) are **DENIED**.

Dated: *April 17, 2006*                                          /s/ *R. Allan Edgar*
                                                                     R. ALLAN EDGAR
                                                                     UNITED STATES DISTRICT JUDGE